DAS:DDB
F.#2010R00100

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JOANNA FAN,
    also known as "Xiao
    Ping Fan," and
ZIMING SHEN,

        Defendants.

- - - - - - - - - - - - - - - - X

Cr. No. _____

IN CLERK'S OFFICE
U.S. DIST___ ___ E.D.N.

★ JAN 2 3 2012 ★

BROOKLYN OFFICE

CR 1

IRIZARRY, J.

LEVY, M.J.

Please take notice that the undersigned will move this

Court, before a United States District Judge, for leave to file

an information upon the defendant's waiver of indictment pursuant

to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           January 23, 2012

                              LORETTA E. LYNCH
                              United States Attorney
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

              By:        */s/ Daniel D. Brownell*
                              Daniel D. Brownell
                              Assistant U.S. Attorney