UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - -X
 UNITED STATES OF AMERICA,    :  12-CR-0068(KAM)
                              :
                              :
                              :
      -against-              :  United States Courthouse
                              :  Brooklyn, New York
                              :
                              :
                              :
 ZIMING SHEN,                :  Friday, September 7, 2012
                              :  9:30 a.m.
           Defendant.        :
                              :
- - - - - - - - - - - - - - -X
```

TRANSCRIPT OF CRIMINAL CAUSE FOR BOND REVOCATION HEARING
BEFORE THE HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Government:    LORETTA E. LYNCH, ESQ.
                       United States Attorney
                       Eastern District of New York
                           271 Cadman Plaza East
                           Brooklyn, New York 11201
                       BY: DANIEL SPECTOR, ESQ.
                           Assistant United States Attorney

For the Defendants:    MORVILLO ABRAMOWITZ GRAND IASON ANELLO
                       & BOHRER, P.C.
                       Attorneys for the Defendant -
                       Ziming Shen
                           565 Fifth Avenue
                           New York, New York 10017
                       BY: ROBERT M. RADICK, ESQ.


                       MORVILLO ABRAMOWITZ GRAND IASON ANELLO
                       & BOHRER, P.C.
                       Attorneys for the Defendant -
                       Joanna Fan
                           565 Fifth Avenue
                           New York, New York 10017
                       BY: DAVID J. STANKIEWICZ, ESQ.

A L S O   P R E S E N T :

                    UNITED STATES
                    PRETRIAL SERVICES AGENCY
                    Eastern District of New York
                         225 Cadman Plaza East
                         Room 219
                         Brooklyn, New York 11201
                    BY: ANDREW PROZELLER
                        DESIREE MELENDEZ

                    S.A. Lisa Burretti,
                    Department of Agriculture


 Court Reporter:  Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                  Official Court Reporter
                  Telephone: (718) 613-2487
                  Facsimile: (718) 613-2694
                  E-mail: Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

1          (In open court.)

2          (Defendants present in open court.)

3          COURTROOM DEPUTY:  All rise.  The United States

4   District Court for the Eastern District of New York is now

5   in session.  The Honorable Dora L. Irizarry is now

6   presiding.

7          (Honorable Dora L. Irizarry takes the bench.)

8          COURTROOM DEPUTY:  Calling criminal cause for bond

9   revocation hearing in Docket No. 12-CR-0068, *United States*

10  *of America against Ziming Shen*.

11          Counsel, please note your appearances for the

12  record.

13          MR. SPECTOR:  For the United States of America,

14  Assistant United States Attorney Daniel Spector.

15          Good morning, your Honor.

16          MR. RADICK: Robert M. Radick for Ziming Shen.

17          Good morning, your Honor.

18          MR. STANKIEWICZ:  David Stankiewicz for Joanna

19  Fan.

20          Good morning, your Honor.

21          THE COURT:  You can call the case.

22          COURTROOM DEPUTY:  Criminal cause for bond

23  revocation hearing.  Docket No. 12-CR-68.

24          MR. SPECTOR:  Daniel Spector for the Government.

25  Also seated with me at counsel table is Lisa Burretti, a

1   Special Agent with the Department of Agriculture, Office of

2   the Inspector General.

3           THE COURT:  I'm sorry, can I have the name of the

4   special agent's name.

5           THE WITNESS:  Lisa Burretti.  B-u-r-r-e-t-t-i.

6           THE COURT:  And we have a representative from

7   Pretrial Services as well.

8           MS. MELENDEZ:  Desiree Melendez.

9           THE COURT:  Mr. Prozeller, do you want to come up.

10          MR. PROZELLER:  Andrew Prozeller, Pretrial

11  Services.

12          THE COURT:  For the defendant.

13          MR. RADICK:  Good morning, your Honor, Robert

14  Radick of Morvillo Abramowitz.  And with me is my associate

15  David Stankiewicz.

16          THE COURT:  Good morning.  And good morning to

17  Ms. Fan and to Mr. Shen.

18          DEFENDANT SHEN:  Good morning.

19          THE COURT:  I appreciate the parties coming here,

20  all parties coming here on such short notice.

21              The Court was advised just yesterday by

22  Pretrial Services that Pretrial Services had been contacted

23  on September 6th by the United States Department of State to

24  advise them that defendant Shen had made an application for

25  a United States passport.

1          The Department of State representative

2     advised Pretrial that Mr. Shen had submitted a paper

3     application on August 28th of 2012 at the Red Hook post

4     office in Brooklyn, and as part of his application the

5     defendant had indicated that the reason for his passport

6     application was to replace a lost passport and to use the

7     document for a planned seven-day trip to China on

8     September 10th of 2012.

9          In addition, during a home contact visit that

10    was conducted on August 23rd by Pretrial Services, the

11    defendant was questioned about the whereabouts of his two

12    youngest children and he responded that he had sent them on

13    a trip to China with their nanny.  And he indicated that he

14    could not take them to China himself because the Government

15    won't allow him to travel to China.  The report was docketed

16    as Docket Entry No. 3.

17          This is obviously a very serious allegation.

18    It does show an intent to flee the jurisdiction of the

19    Court.  The defendant has already pled guilty in this case

20    and is awaiting sentencing.  We were here just this week on

21    this case, and I would like to hear from the parties.  I

22    don't know if the Government has any additional information

23    besides what Pretrial Services provided by way of the

24    memorandum.

25          MR. SPECTOR:  We do not, your Honor.

1      THE COURT:  I should add that Pretrial Services

2  did indicate that it was able to confirm that Ms. Fan had

3  not made an application for a passport as of yesterday

4  morning.

5           Mr. Radick, do you wish to be heard?

6       MR. RADICK:  I do, your Honor.

7           There is some additional information that I

8  think is important to understand into context, and I've

9  shared with Mr. Spector, and that Pretrial Services has also

10  obtained.  Let me just start by saying that as a factual

11  matter, I had extensive conversations since receiving a copy

12  of this memorandum yesterday with Mr. Shen and he does not

13  deny that he, in fact, applied for that passport.

14           He regrets what he did.  He knows that what

15  he did was foolish, stupid.  He realizes the situation that

16  it puts him in, that it could result in the loss of his

17  liberty right here and right now and we've had that

18  extensive conversation.

19           I think the fact that he is here today

20  knowing what he understands from our conversations does say

21  a lot about his intention to see this case through.  He also

22  met, at the direction of Pretrial, with Pretrial last night

23  or late yesterday afternoon at some point in the evening.

24  He and Ms. Fan met with Pretrial Services.  They brought

25  their two sons with them, their two younger sons,

1    14-year-old twins, in order to demonstrate at the request, I

2    believe, of Pretrial that they were still in the country.

3    They are here in the country.  The memorandum indicates this

4    they went to China on a trip.  That is, in fact, the case

5    but they're back.  They were not, to the extent the memo

6    suggests, or time it was written may have been based on the

7    understanding that the children were in China and he may

8    have been joining them there.  That was not the case, they

9    were there for a short trip, and they are back and Pretrial

10   has their passports now.  And I understand that Pretrial is

11   satisfied that the children are here and at least that

12   aspect sheds a little more light on the memo.

13            Now, there is a context to this that I think

14   it's important for me to provide.  None of this is intended

15   as an excuse for the conduct.  It is intended to explain the

16   context and give the Court some background and address the

17   issue as to whether Mr. Shen really sought to flee the

18   jurisdiction which I think from my understanding, and my

19   extensive discussions with him and based on some documents

20   that he's provided to me is not the case.

21            Mr. Shen was extremely concerned about one of

22   the businesses that he has, or a business that he has in

23   China which is A-Plus Child Supply which is one the

24   Government has mentioned throughout the case.  There are

25   several properties, two warehouses and a factory in China

1   that are in various -- as to two of those properties, there

2   is a court proceeding in China in which there is an eviction

3   proceeding and I have what Mr. Shen has provided me as --

4   and it's in Chinese and he provided me with a translation

5   late last night.  So I don't speak Chinese and I can't say

6   anything other than this appears to be, from his

7   translation, a summons that he appear in China in court on

8   September 10th.

9              THE COURT:  I don't know, I don't read Chinese.

10             MR. RADICK:  Nor do I.

11             THE COURT:  And until there is an official

12   translation by a certified interpreter, I assume if it's an

13   official document it's in Mandarin.

14             MR. RADICK:  I don't speak Chinese either.

15             THE COURT:  And I don't know.  And I would assume

16   that any such document would have some bearing of official

17   stamps on something of some sort.

18             MR. RADICK:  There does appear to be some sort of

19   a seal on this copy of the document.  I don't know if the

20   original raised seal -- I don't have it.  This is what I've

21   been able to get since yesterday.

22                  But as a more general point, there are

23   eviction proceedings as to one of his warehouse locations in

24   Shanghai.  There are also -- there's a mortgage payment that

25   is overdue as to another location in Shanghai for A-Plus

1  Child Supply.  And so, what Mr. Shen was faced with, and he

2  made the very wrong decision, but what I just want to make

3  sure we provide the context here, what he was faced with was

4  a situation in which he believed that he was going to lose

5  this business that he had established many years ago and

6  that employs, my understanding, is over a hundred people in

7  China and he did not feel that he would be able to address

8  this situation from the United States.  He'd be been order

9  today appear in court in China.  He was told he needed be

10  present in person to address the loss of his locations in

11  China.  And so, in panic, and sort of as his world continues

12  to collapse around him from this case and the impact it has

13  had, and the loss of his business, he made a mistake, the

14  wrong decision to try to address this himself, to try to go

15  to China and take care of this and he had a roundtrip

16  airline ticket which I've also shown to the Government and I

17  can provide to the Court if it would like to see.

18            THE COURT:  I would like to see all the documents

19  that you've referenced if you would, please.

20            MR. RADICK:  May I.

21            THE COURT:  Yes, please.

22            MR. RADICK:  Would your Honor like me to wait

23  until you review them?

24            THE COURT:  Yes, please.

25            (A brief pause in the proceedings was held.)

1          THE COURT:  Mr. Radick, you can continue.

2          MR. RADICK:  Your Honor, I think it's obvious, it

3   doesn't need to be said that Mr. Shen should have proceeded

4   by contacting me asking me to seek permission for him to

5   travel to China and seeing if we could have it happen in

6   that manner.  That would obviously have been the proper way

7   to go about it.

8               Unfortunately, given the stress, the

9   distress, the concern, I think that Mr. Shen panicked and

10  made this very unfortunate and very misguided decision that

11  he made to attempt to address the situation himself to get a

12  passport and to travel.  But it take care of these business

13  issues and then return, not to flee, not to leave his wife,

14  not to leave his children, not to leave Preschools of

15  America or Red Apple Schools behind.  Not to leave the

16  properties and homes that he has in the United States in the

17  New York area where he's lived for many years.  Not to give

18  up his citizenship and not to make himself a fugitive but,

19  in fact, to try to deal with these business issues and come

20  back.

21              As I said, I'm not try to excuse what

22  happened I just want to explain and I don't believe from

23  what I understand that this was actually an attempt to evade

24  the jurisdiction or to avoid his ultimate sentencing in this

25  case.  I think that the circumstances are those in which he

1  was just trying to deal with this business problem in a very

2  misguided way.

3              He's here in court again this morning knowing

4  that he may be remanded.  I think that reflects positively

5  on the situation.  He did everything he could last night on

6  very short notice to meet with Pretrial to bring his two

7  sons, to bring his wife, to try to satisfy them that the

8  children were, in fact, in the United States.

9              And given what I believe is his lack of an

10  intention to flee, I'm just asking that the Court not remand

11  Mr. Shen.  I instead would propose that he be placed on some

12  form after curfew at home with an ankle bracelet so that

13  Pretrial Services can monitor his whereabouts and that I

14  think that in light of the lack of an intent to flee would

15  be sufficient to ensure his appearance at all future court

16  proceedings, he's always come to his court proceedings.

17              Again, he didn't intend to avoid prosecution.

18  Section 3148 does talk about remanding for a violation of a

19  release conditions only if there are no conditions or

20  combination of conditions that will assure the person will

21  not flee.  I think the bracelet and some form of home

22  confinement, a significant tightening of conditions on

23  Mr. Shen, will ensure that he continues to come to court as

24  he's always has.  The impact of incarceration for him at

25  this point would be significant.  He has two, 14-year-old

1  sons who are at a very delicate stage in their lives.  The

2  situation is very upsetting for them.

3           THE COURT:  Well, at some point he may be facing

4  jail anyway.

5           MR. RADICK:  I understand that.  I understand

6  that.  He may be and I'm saying that there are nonetheless

7  reasons why I think it would be important for him not to be

8  remanded right now including that we have extensive work to

9  do in connection with the sentencing.  If he's at the MDC or

10 the MCC that becomes much more difficult.  He is important

11 to the operation of the Red Apple Schools and the Preschools

12 of America schools.  He oversees the maintaining of the

13 facilities and ensuring that they're safe and that

14 everything is working in proper order.  That's a significant

15 role that he plays.

16          THE COURT:  Well, given that he may have wind up

17 incarcerated in this case anyway, it seems to me that he

18 needs to start making some plans to have other people take

19 care of this if the enterprise is to continue as a viable

20 concern at all.

21          MR. RADICK:  That is something that we've talked

22 about and as we --

23          THE COURT:  And I don't know if that -- I haven't

24 seen a presentence report yet.  But I don't know if either

25 he or Ms. Fan will ever be able to run such a -- to be

1    licensed, number one, for such a program in the future or be

2    allowed to continue to run such a program in the future.  I

3    don't know that that's necessary appropriate.

4              MR. RADICK:  My understanding --

5              THE COURT:  That's like after the wolf has raided

6    the chicken coop.  You don't put the wolf back in the

7    chicken coop.

8              MR. RADICK:  Well, actually, your Honor, not to

9    get off topic but the Preschools of America, I'm sorry, Red

10   Apple Schools are still actually allowed to participate in

11   the CACFP program, they still receive government funds.  I

12   think a determination, apparently, determination was made

13   that they should receive government funds.  I don't know the

14   details of that but they still participating in the CACFP.

15   And despite the convictions, the licenses have not been hold

16   or withdrawn even though my understanding is that the

17   licensing authorities are aware of the conviction.

18              So I understand that issue.  There is no

19   indication so far --

20             THE COURT:  That may be subject to whatever

21   conditions I may impose at the time of sentence and

22   restrictions I may impose at the time of sentence.  So I

23   don't think that I'm necessarily bound by some decision by

24   some bureaucrat in a licensing office.

25             MR. RADICK:  Understood, your Honor.

1          THE COURT:  I'm disturbed by the fact that he

2     outright lied to -- with respect to the passport application

3     and said that he lost his passport.  I assume that his

4     passport had been turned in to Pretrial Services along with

5     that of Ms. Fan; is that correct?

6          MS. MELENDEZ:  Yes, it was actually seized at the

7     time of his arrest and turned over by the agents.

8          THE COURT:  Okay.

9               So, that's disturbing to me regardless of

10    what his reason may be.  And right now we only have his word

11    as to some business enterprise in China, and certainly, he

12    had to have known before the summons was issued in August,

13    assuming that the document that he claims is a summons is

14    indeed that, and I don't know because I don't read Mandarin

15    and I don't know that it's an authentic document.  And just

16    like documents can be created in English by computers, I'm

17    sure that they can be created in any language.

18              I don't think that this is the kind of

19    situation that comes as a surprise.  There has to be some

20    development going forward, some knowledge on his part, that

21    he hasn't been able to make mortgage payments.  Some

22    knowledge on his part that things were going wrong in the

23    business enterprises in China.  So this doesn't happen just

24    all of a sudden.

25          MR. RADICK:  As I said, your Honor, I don't want

1    to and I do not, and Mr. Shen does not want me to try to

2    make any excuses or to try to rationalize the conduct.  It

3    was entirely the wrong thing to do.  He recognizes that

4    fact, he regrets it, he apologizes he knows it was the wrong

5    thing to do.

6              I think he was in great panic and distress

7    about the future of this business.  I think that's the

8    explanation and my understanding is that that is what this

9    trip and this passport application are about, not about an

10   intent to flee.

11             And so, under those circumstances, my request

12   is that he not be remanded but measures short of that be

13   taken to ensure that he complies with the conditions of his

14   release including an ankle bracelet and some form of house

15   arrest or some form of home detention that will alert

16   Pretrial Services if he is not in his home when he should

17   be.  And I think that would be an appropriate measure under

18   these circumstances and would be the least restrictive

19   conditions necessary to ensure his continued appearance.

20             THE COURT:  Mr. Spector.

21             MR. SPECTOR:  Yes, your Honor.

22             First of all, from our perspective, the story

23   provided by Mr. Shen just seems extremely dubious.  He's

24   retained a law firm that has wide expertise in a variety of

25   legal matters and if, in fact, this was happening in China

1   he could have, in the first instance, gone to his attorneys

2   here and tried to seek legal representation in China.  There

3   were all sorts of legitimate options open to him.

4              As the Court points out, this could not have

5   come as a surprise.  This is a business, apparently, he's

6   been involved with for years.  He must have known that these

7   problems were out there and were looming.  At the end of the

8   day, as the Court has noted, there are serious

9   authentication concerns with the documents he's provided.

10  And, really, we just have his word for the proposition that

11  he was only going to China for a short period of time and

12  going to return.

13             And, frankly, he's just not a reliable source

14  of information.  He's lied on the passport.  He's pled

15  guilty to being involved in a massive embezzlement scheme.

16  So I just don't think that the Court should really give much

17  credence to his explanation.  And, at the end of the day, I

18  don't think it's even really necessary to make a

19  determination about whether or not the story is true because

20  even if we accept his story there's still the problem of

21  this being a very serious violation.

22             It's actually not just one violation, it's

23  two.  Not only did he defy the condition to not apply for a

24  passport, but in lying on the passport application, he

25  committed a new crime which is making a false statement on a

1    passport application in violation of 18 U.S. Code 1542.

2              This is, I think, categorically different

3    from minor bail violations we sometimes see where there is

4    an isolated positive drug test or someone goes to a birthday

5    party in a state they're not supposed to go to.  In those

6    circumstances, sometimes the Court has been lenient and

7    willing do give the defendant another chance.  Here, this is

8    really the most serious violation imaginable in terms of

9    risk of flight.  He sought a new passport, he lied to the

10   authorities to try to get the new passport to travel to

11   China, a place where it would have been virtually impossible

12   for us to extradite him back.

13             In terms of the arguments about the effects

14   on his family and business if he is remanded.

15             First of all, obviously, he should have taken

16   that into account before committing the bail violation.  But

17   he also has his wife who, presumably, at least at this

18   point, is going to remain at liberty who can care for both

19   the business and the family.  And as the Court notes he's

20   facing significant jail time regardless because of this

21   case.

22             Just a word on the CACFP funding.  My

23   understanding of the reasons why that hasn't been

24   discontinued is that the agency has to wait until there's a

25   judgment entered in this case for them to consider the

1  conviction here final and then to take appropriate action.

2  So I don't think it's really appropriate other than to read

3  anything to other than that's simply the agency's

4  regulations.

5            Finally, just when you examine the issue

6  before the Court, it's important to note that the

7  circumstances have changed significantly from the time when

8  the defendant was released on bail.

9            First of all, he's now pled guilty and so,

10  under the Bail Reform Act, the burden shifts to the

11  defendant, and the defendant now must show by clear and

12  convincing evidence, that he is not a risk of flight.  And

13  based on what's before the Court, I just don't see how he

14  can meet that burden, particularly, where not only has he

15  engaged in this conduct, he's facing significant jail time

16  in this case but also he faces enhanced sentencing

17  penalties.

18            THE COURT:  What's the maximum sentence on this

19  case?  Is it a 10- or a 20-year term.

20            MR. SPECTOR:  It's ten years under the statute,

21  and the guidelines range estimated by the Government is 37

22  to 46 months.  But, in addition to those penalties, he faces

23  enhanced sentencing penalties under 18 United States Code

24  Section 3147 for having committed an offense while on

25  release, and the statute provides that the penalties under

1    §3147 are to run consecutive to the underlying offense.

2              So when you look at everything that's before

3    the Court from the Government's perspective, we think the

4    only appropriate disposition here is that the defendant be

5    remanded.

6              (A brief pause in the proceedings was held.)

7              THE COURT:  I am not convinced after hearing from

8    all of the parties that Mr. Shen is not a risk of flight.  I

9    am not convinced that all of these things just suddenly came

10   to a head and he had to act now.

11             Mr. Shen and Ms. Fan have together run

12   businesses for some period of time.  They have postgraduate

13   degrees if I recall correctly from the plea allocution.

14   They are intelligent, savvy people which is in part

15   demonstrated by the fraud that was committed here; that they

16   have both admitted to having committed.

17             As the Government accurately states, and this

18   is what's disturbing to the Court, is that the defendant

19   has, while on bond, committed a new crime.  Lying on a

20   passport is a crime particularly in this post-Protect Act

21   period.  I have no doubt that what the Government represents

22   with respect to extradition from China is likely true --

23   that it would be difficult.

24             The defendant had other alternatives to

25   addressing the problem.  Particularly having retained a firm

1   such as Morvillo Abramowitz, which is a stellar firm with

2   national and international experience and contacts.  It's a

3   very respected firm both nationally and internationally,

4   surely they could have made some suggestions as to what

5   Mr. Shen could do to resolve any issues that might have

6   existed in or might exist in China if, indeed, it is true.

7               But that situation with respect to the

8   businesses is again not something that just develops

9   overnight, and the defendant -- the timeline is sort of

10  interesting, too, because he applied for the passport in

11  short order.  He already had the ticket to leave for China,

12  and although it seems to indicate that it is a roundtrip

13  ticket and perhaps that was just done to avert any suspicion

14  that a one-way ticket might have created.

15              So the defendant is remanded, Mr. Shen is

16  remanded.  I'm not going to remand Ms. Fen does not appear

17  to have, by what I see, have been involved in any of this.

18  In any event, she did not apply for a new passport and we

19  have already set a schedule for this case which remains in

20  place.

21              And the marshals are here.  The marshals may

22  take charge of Mr. Ziming Shen.

23          MR. RADICK:  Your Honor, if I may just briefly for

24  one very brief moment?

25          THE COURT:  Yes.

1          MR. RADICK:  Two things.

2               One is Mr. Shen has some medications.  He's

3   diabetic, he uses insulin injections.  I don't know if there

4   are other medications as well.  I believe he has those with

5   him.

6          THE COURT:  He's not going to be able -- my

7   understanding with the Marshals Service is that they are

8   not, particularly, anything involving needles.  They are not

9   going to be able to take any medication, however, I am going

10  to ask the marshals to make sure that they make a notation

11  on his paperwork with MDC that he is insulin dependent.

12  Thankfully, one of the things that the MDC does apparently

13  attend to quite well is diabetes.  Just from experience I've

14  had with other defendants.

15         MR. RADICK:  I'm going to -- I don't know whether

16  they can take this with them.  I do have his lab reports

17  that reflect his diabetes so that they can confirm it.

18         THE COURT:  I think that they can take and, in

19  fact, that might be very helpful.

20         MR. RADICK:  The second issue is Mr. Shen has

21  asked to speak to address the Court.  I understand the Court

22  has already issued its decision.  I've advised Mr. Shen that

23  I don't believe he should say anything further at this

24  point; that the Court's decision has been made but he does

25  wish to make a statement.

1      THE COURT:  I think it's advisable that you follow

2  your attorney's advice in this case, in this particular

3  situation.  As you have heard, the circumstances are such

4  that there is probable cause to believe that you have

5  engaged in additional criminal conduct.  Anything that you

6  say here today or that you have said could be used against

7  you in connection with that new charge if the Government

8  seeks to bring formal charges against you in connection with

9  passport fraud.

10      And so, while I understand your desire to

11  speak, I think it might be advisable that you adhere to your

12  counsel's advice.

13      MR. RADICK:  He still would like -- your Honor, it

14  doesn't relate to that issue.

15      THE COURT:  I will hear him.  Yes, sir.

16      THE DEFENDANT:  Your Honor, I'm sorry, you know,

17  for what I did and I just lost my mind.  It's a stupid thing

18  to do.  But the thing is I love this country more than

19  anything else.  I want to stand trial.  I actually have two

20  trials facing me, one for the state trial regarding the some

21  kind of paparazzi fighting.  Actually, I have three

22  witnesses -- they are.

23      MR. RADICK:  I'm sorry.  Can I have a moment, your

24  Honor.

25      THE COURT:  Yes.

1    (A brief pause in the proceedings was held.)

2         MR. RADICK:  I'm sorry, your Honor.

3         THE DEFENDANT:  I'm sorry, your Honor.  I have two

4    trials I want to face and I want to show the Court and

5    everyone I'm a good citizen of the United States.  Even

6    though I was not born here, I'm an immigrant from China, but

7    my heart in past 25 years, my heart is attached to this

8    country.  No matter what sentence will be I will facing it

9    because I love this country I want to be buried in this

10   country.

11        THE COURT:  You know what I think it's good that

12   you stop here right now, okay, you've pled guilty to

13   defrauding the federal government of funds that are supposed

14   to go to food for young children, and a good citizen doesn't

15   engage in that kind of conduct.  So I suggest you leave with

16   the marshals now.

17        THE DEFENDANT:  Okay your Honor.

18        THE MARSHAL:  Let's go.

19        THE COURT:  You may take charge.

20   (Defendant exits from courtroom at 10:17 a.m.)

21        THE COURT:  Just one quick thing.  I don't know if

22   Mr. Stankiewicz, just a formality, I don't know whether

23   Mr. Stankiewicz is going to be working with you consistently

24   on this case did he file may Notice of Appeal.

25        MR. STANKIEWICZ:  Yes.

1        THE COURT:  I just want to make sure so this way

2    you're not dependent on Mr. Radick's e-mail notifications.

3        MR. RADICK:  He does receive them as well.

4        THE COURT:  Okay.  Perfect.

5        MR. STANKIEWICZ:  Thank you.

6        THE COURT:  I just wanted to make sure.

7        MS. MELENDEZ:  Your Honor, Pretrial Services

8    secured the children's passports in relation to this bond

9    which is now no longer in effect.  Would your Honor wish to

10   add to as Joanna Fen's special condition that the children's

11   passport remain in the custody of Pretrial Services.

12       THE COURT:  What's your position on that?  The

13   children are not --

14       MR. RADICK:  There's no.

15       THE COURT:  -- part of the indictment.

16       MR. RADICK:  No.

17            And there's no reason and there's no

18   indication that Ms. Fan had anything role in this or that

19   she's a risk of flight.  I think that it would be

20   appropriate to return the passports to the children.

21       THE COURT:  I mean, if they wanted to send them to

22   relatives in China that should be an option that's

23   available.

24       MR. RADICK:  Especially in light of the

25   circumstances.

1            THE COURT:  Right, to them.  So the children's

2    passports can be returned to Ms. Fan.

3            MR. RADICK:  Thank you.

4            THE COURT:  Okay.

5            MS. MELENDEZ:  Thank you.

6            THE COURT:  If there is no objection by the

7    Government.

8            MR. SPECTOR:  That's fine, Judge.

9            THE COURT:  Okay.  All right.  Thank you.

10           (WHEREUPON, this matter was adjourned.)

11

12                          *   *   *

13

14                 <u>CERTIFICATE OF REPORTER</u>

15

16   I certify that the foregoing is a correct transcript of the
     record of proceedings in the above-entitled matter.

17

18

19

20   _____

21   Anthony D. Frisolone, FAPR, RDR, CRR, CRI
     Official Court Reporter

22

23

24

25

## 1

**10** [1] - 18:19
**10017** [2] - 1:20, 1:24
**10:17** [1] - 23:20
**10th** [2] - 5:8, 8:8
**11201** [2] - 1:15, 2:5
**12-CR-0068** [1] - 3:9
**12-CR-0068(KAM** [1] - 1:3
**12-CR-68** [1] - 3:23
**14-year-old** [2] - 7:1, 11:25
**1542** [1] - 17:1
**18** [2] - 17:1, 18:23

## 2

**20-year** [1] - 18:19
**2012** [3] - 1:7, 5:3, 5:8
**219** [1] - 2:5
**225** [1] - 2:4
**23rd** [1] - 5:10
**25** [1] - 23:7
**271** [1] - 1:15
**28th** [1] - 5:3

## 3

**3** [1] - 5:16
**3147** [1] - 18:24
**3148** [1] - 11:18
**37** [1] - 18:21

## 4

**46** [1] - 18:22

## 5

**565** [2] - 1:19, 1:24

## 6

**613-2487** [1] - 2:11
**613-2694** [1] - 2:11
**6th** [1] - 4:23

## 7

**7** [1] - 1:7
**718** [2] - 2:11, 2:11

## 9

**9:30** [1] - 1:8

## A

**A-Plus Child Supply** [2] - 7:23, 8:25
**a.m** [2] - 1:8, 23:20

**able** [7] - 6:2, 8:21, 9:7, 12:25, 14:21, 21:6, 21:9
**above-entitled** [1] - 25:16
**Abramowitz** [2] - 4:14, 20:1
**ABRAMOWITZ** [2] - 1:17, 1:22
**accept** [1] - 16:20
**account** [1] - 17:16
**accurately** [1] - 19:17
**Act** [2] - 18:10, 19:20
**act** [1] - 19:10
**action** [1] - 18:1
**add** [2] - 6:1, 24:10
**addition** [2] - 5:9, 18:22
**additional** [3] - 5:22, 6:7, 22:5
**address** [6] - 7:16, 9:7, 9:10, 9:14, 10:11, 21:21
**addressing** [1] - 19:25
**adhere** [1] - 22:11
**adjourned** [1] - 25:10
**admitted** [1] - 19:16
**advice** [2] - 22:2, 22:12
**advisable** [2] - 22:1, 22:11
**advise** [1] - 4:24
**advised** [3] - 4:21, 5:2, 21:22
**afternoon** [1] - 6:23
**agency** [1] - 17:24
**AGENCY** [1] - 2:3
**agency's** [1] - 18:3
**Agent** [1] - 4:1
**agent's** [1] - 4:4
**agents** [1] - 14:7
**ago** [1] - 9:5
**aided** [1] - 2:13
**airline** [1] - 9:16
**alert** [1] - 15:15
**allegation** [1] - 5:17
**allocution** [1] - 19:13
**allow** [1] - 5:15
**allowed** [2] - 13:2, 13:10
**alternatives** [1] - 19:24
**AMERICA** [1] - 1:3
**America** [2] - 3:10, 3:13
**ANDREW** [1] - 2:6
**Andrew** [1] - 4:10
**ANELLO** [2] - 1:17, 1:22
**ankle** [2] - 11:12, 15:14
**Anthony** [2] - 2:10, 25:20
**anyway** [2] - 12:4, 12:17
**apologizes** [1] - 15:4
**appeal** [1] - 23:24
**appear** [4] - 8:7, 8:18, 9:9, 20:16
**appearance** [2] - 11:15, 15:19
**appearances** [1] - 3:11
**application** [9] - 4:24, 5:3, 5:4, 5:6, 6:3, 14:2, 15:9, 16:24, 17:1
**applied** [2] - 6:13, 20:10
**apply** [2] - 16:23, 20:18
**appreciate** [1] - 4:19
**appropriate** [6] - 13:3, 15:17, 18:1, 18:2, 19:4, 24:20
**area** [1] - 10:17
**arguments** [1] - 17:13
**arrest** [1] - 14:7, 15:15
**aspect** [1] - 7:12
**Assistant** [2] - 1:16, 3:14

**associate** [1] - 4:14
**assume** [3] - 8:12, 8:15, 14:3
**assuming** [1] - 14:13
**assure** [1] - 11:20
**attached** [1] - 23:7
**attempt** [2] - 10:11, 10:23
**attend** [1] - 21:13
**Attorney** [3] - 1:14, 1:16, 3:14
**attorney's** [1] - 22:2
**attorneys** [1] - 16:1
**Attorneys** [2] - 1:18, 1:23
**August** [3] - 5:3, 5:10, 14:12
**authentic** [1] - 14:15
**authentication** [1] - 16:9
**authorities** [2] - 13:17, 17:10
**available** [1] - 24:23
**Avenue** [2] - 1:19, 1:24
**avert** [1] - 20:13
**avoid** [2] - 10:24, 11:17
**awaiting** [1] - 5:20
**aware** [1] - 13:17

## B

**B-u-r-r-e-t-t-i** [1] - 4:5
**background** [1] - 7:16
**bail** [3] - 17:3, 17:16, 18:8
**Bail** [1] - 18:10
**based** [3] - 7:6, 7:19, 18:13
**bearing** [1] - 8:16
**becomes** [1] - 12:10
**BEFORE** [1] - 1:11
**behind** [1] - 10:15
**bench** [1] - 3:7
**birthday** [1] - 17:4
**BOHRER** [2] - 1:18, 1:22
**bond** [4] - 3:8, 3:22, 19:19, 24:8
**BOND** [1] - 1:10
**born** [1] - 23:6
**bound** [1] - 13:23
**bracelet** [3] - 11:12, 11:21, 15:14
**brief** [4] - 9:25, 19:6, 20:24, 23:1
**briefly** [1] - 20:23
**bring** [3] - 11:6, 11:7, 22:8
**Brooklyn** [4] - 1:5, 1:15, 2:5, 5:4
**brought** [1] - 6:24
**burden** [2] - 18:10, 18:14
**bureaucrat** [1] - 13:24
**buried** [1] - 23:9
**Burretti** [3] - 2:7, 3:25, 4:5
**business** [12] - 7:22, 9:5, 9:13, 10:12, 10:19, 11:1, 14:11, 14:23, 15:7, 16:5, 17:14, 17:19
**businesses** [3] - 7:22, 19:12, 20:8
**BY** [4] - 1:16, 1:20, 1:25, 2:6

## C

**CACFP** [3] - 13:11, 13:14, 17:22
**Cadman** [2] - 1:15, 2:4
**care** [4] - 9:15, 10:12, 12:19, 17:18
**case** [18] - 3:21, 5:19, 5:21, 6:21, 7:4, 7:8, 7:20, 7:24, 9:12, 10:25, 12:17,

17:21, 17:25, 18:16, 18:19, 20:19, 22:2, 23:24
**categorically** [1] - 17:2
**CAUSE** [1] - 1:10
**certainly** [1] - 14:11
**CERTIFICATE** [1] - 25:14
**certified** [1] - 8:12
**certify** [1] - 25:15
**chance** [1] - 17:7
**changed** [1] - 18:7
**charge** [3] - 20:22, 22:7, 23:19
**charges** [1] - 22:8
**chicken** [2] - 13:6, 13:7
**children** [8] - 5:12, 7:7, 7:11, 10:14, 11:8, 23:14, 24:13, 24:20
**children's** [3] - 24:8, 24:10, 25:1
**China** [26] - 5:7, 5:13, 5:14, 5:15, 7:4, 7:7, 7:23, 7:25, 8:2, 8:7, 9:7, 9:9, 9:11, 9:15, 10:5, 14:11, 14:23, 15:25, 16:2, 16:11, 17:11, 19:22, 20:6, 20:11, 23:6, 24:22
**Chinese** [4] - 8:4, 8:5, 8:9, 8:14
**circumstances** [7] - 10:25, 15:11, 15:18, 17:6, 18:7, 22:3, 24:25
**citizen** [2] - 23:5, 23:14
**citizenship** [1] - 10:18
**claims** [1] - 14:13
**clear** [1] - 18:11
**Code** [2] - 17:1, 18:23
**collapse** [1] - 9:12
**combination** [1] - 11:20
**coming** [2] - 4:19, 4:20
**committed** [5] - 16:25, 18:24, 19:15, 19:16, 19:19
**committing** [1] - 17:16
**complies** [1] - 15:13
**Computer** [1] - 2:13
**Computer-aided** [1] - 2:13
**computerized** [1] - 2:13
**computers** [1] - 14:16
**concern** [2] - 10:9, 12:20
**concerned** [1] - 7:21
**concerns** [1] - 16:9
**condition** [2] - 16:23, 24:10
**conditions** [7] - 11:19, 11:20, 11:22, 13:21, 15:13, 15:19
**conduct** [5] - 7:15, 15:2, 18:15, 22:5, 23:15
**conducted** [1] - 5:10
**confinement** [1] - 11:22
**confirm** [2] - 6:2, 21:17
**connection** [3] - 12:9, 22:7, 22:8
**consecutive** [1] - 19:1
**consider** [1] - 17:25
**consistently** [1] - 23:23
**contact** [1] - 5:9
**contacted** [1] - 4:22
**contacting** [1] - 10:4
**contacts** [1] - 20:2
**context** [4] - 6:8, 7:13, 7:16, 9:3
**continue** [3] - 10:1, 12:19, 13:2
**continued** [1] - 15:19
**continues** [2] - 9:11, 11:23
**conversation** [1] - 6:18
**conversations** [2] - 6:11, 6:20

**conviction** [2] - 13:17, 18:1
**convictions** [1] - 13:15
**convinced** [2] - 19:7, 19:9
**convincing** [1] - 18:12
**coop** [2] - 13:6, 13:7
**copy** [2] - 6:11, 8:19
**correct** [2] - 14:5, 25:15
**correctly** [1] - 19:13
**Counsel** [1] - 3:11
**counsel** [1] - 3:25
**counsel's** [1] - 22:12
**country** [6] - 7:2, 7:3, 22:18, 23:8, 23:9, 23:10
**Court** [21] - 2:10, 2:10, 3:4, 4:21, 5:19, 7:16, 9:17, 11:10, 16:4, 16:8, 16:16, 17:6, 17:19, 18:6, 18:13, 19:3, 19:18, 21:21, 23:4, 25:21
**court** [9] - 3:1, 3:2, 8:2, 8:7, 9:9, 11:3, 11:15, 11:16, 11:23
**Court's** [1] - 21:24
**Courthouse** [1] - 1:5
**courtroom** [1] - 23:20
**COURTROOM** [3] - 3:3, 3:8, 3:22
**created** [3] - 14:16, 14:17, 20:14
**credence** [1] - 16:17
**CRI** [2] - 2:10, 25:20
**crime** [3] - 16:25, 19:19, 19:20
**CRIMINAL** [1] - 1:10
**criminal** [3] - 3:8, 3:22, 22:5
**CRR** [2] - 2:10, 25:20
**curfew** [1] - 11:12
**custody** [1] - 24:11

## D

**Daniel** [2] - 3:14, 3:24
**DANIEL** [1] - 1:16
**DAVID** [1] - 1:25
**David** [2] - 3:18, 4:15
**deal** [2] - 10:19, 11:1
**decision** [6] - 9:2, 9:14, 10:10, 13:23, 21:22, 21:24
**Defendant** [1] - 23:20
**defendant** [2] - 1:8, 4:24
**DEFENDANT** [1] - 4:18
**defendants** [1] - 21:14
**Defendants** [2] - 1:17, 3:2
**defrauding** [1] - 23:13
**defy** [1] - 16:23
**degrees** [1] - 19:13
**delicate** [1] - 12:1
**demonstrate** [1] - 7:1
**demonstrated** [1] - 19:15
**deny** [1] - 6:13
**Department** [2] - 4:23, 5:1
**Department of agriculture** [2] - 2:8, 4:1
**dependent** [2] - 21:11, 24:2
**DEPUTY** [3] - 3:3, 3:8, 3:22
**desire** [1] - 22:10
**Desiree** [1] - 4:8
**DESIREE** [1] - 2:6
**despite** [1] - 13:15
**details** [1] - 13:14

**detention** [1] - 15:15
**determination** [3] - 13:12, 16:19
**development** [1] - 14:20
**develops** [1] - 20:8
**diabetes** [2] - 21:13, 21:17
**diabetic** [1] - 21:3
**different** [1] - 17:2
**difficult** [2] - 12:10, 19:23
**direction** [1] - 6:22
**discontinued** [1] - 17:24
**discussions** [1] - 7:19
**disposition** [1] - 19:4
**distress** [2] - 10:9, 15:6
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [4] - 1:14, 2:4, 3:4
**disturbed** [1] - 14:1
**disturbing** [2] - 14:9, 19:18
**Docket** [3] - 3:9, 3:23, 5:16
**docketed** [1] - 5:15
**document** [6] - 5:7, 8:13, 8:16, 8:19, 14:13, 14:15
**documents** [4] - 7:19, 9:18, 14:16, 16:9
**done** [1] - 20:13
**Dora** [2] - 3:5, 3:7
**DORA** [1] - 1:11
**doubt** [1] - 19:21
**drug** [1] - 17:4
**dubious** [1] - 15:23
**during** [1] - 5:9

## E

**e-mail** [1] - 24:2
**E-mail** [1] - 2:12
**East** [2] - 1:15, 2:4
**EASTERN** [1] - 1:1
**Eastern** [3] - 1:14, 2:4, 3:4
**effect** [1] - 24:9
**effects** [1] - 17:13
**either** [2] - 8:14, 12:24
**embezzlement** [1] - 16:15
**employs** [1] - 9:6
**end** [2] - 16:7, 16:17
**engage** [1] - 23:15
**engaged** [2] - 18:15, 22:5
**English** [1] - 14:16
**enhanced** [2] - 18:16, 18:23
**ensure** [4] - 11:15, 11:23, 15:13, 15:19
**ensuring** [1] - 12:13
**entered** [1] - 17:25
**enterprise** [2] - 12:19, 14:11
**enterprises** [1] - 14:23
**entirely** [1] - 15:3
**entitled** [1] - 25:16
**Entry** [1] - 5:16
**especially** [1] - 24:24
**ESQ** [4] - 1:13, 1:16, 1:20, 1:25
**established** [1] - 9:5
**estimated** [1] - 18:21
**evade** [1] - 10:23
**evening** [1] - 6:23
**event** [1] - 20:18
**eviction** [2] - 8:2, 8:23

evidence [1] - 18:12
examine [1] - 18:5
excuse [2] - 7:15, 10:21
excuses [1] - 15:2
exist [1] - 20:6
existed [1] - 20:6
exits [1] - 23:20
experience [2] - 20:2, 21:13
expertise [1] - 15:24
explain [2] - 7:15, 10:22
explanation [2] - 15:8, 16:17
extensive [4] - 6:11, 6:18, 7:19, 12:8
extent [1] - 7:5
extradite [1] - 17:12
extradition [1] - 19:22
extremely [2] - 7:21, 15:23

**F**

face [1] - 23:4
faced [2] - 9:1, 9:3
faces [2] - 18:16, 18:22
facilities [1] - 12:13
facing [5] - 12:3, 17:20, 18:15, 22:20, 23:8
Facsimile [1] - 2:11
fact [9] - 6:13, 6:19, 7:4, 10:19, 11:8, 14:1, 15:4, 15:25, 21:19
factory [1] - 7:25
factual [1] - 6:10
false [1] - 16:25
family [2] - 17:14, 17:19
Fan [10] - 1:23, 3:19, 4:17, 6:2, 6:24, 12:25, 14:5, 19:11, 24:18, 25:2
FAPR [2] - 2:10, 25:20
far [1] - 13:19
federal [1] - 23:13
Fen [1] - 20:16
Fen's [1] - 24:10
Fifth [2] - 1:19, 1:24
fighting [1] - 22:21
file [1] - 23:24
final [1] - 18:1
finally [1] - 18:5
fine [1] - 25:8
firm [4] - 15:24, 19:25, 20:1, 20:3
first [4] - 15:22, 16:1, 17:15, 18:9
flee [7] - 5:18, 7:17, 10:13, 11:10, 11:14, 11:21, 15:10
flight [4] - 17:9, 18:12, 19:8, 24:19
follow [1] - 22:1
food [1] - 23:14
foolish [1] - 6:15
FOR [1] - 1:10
foregoing [1] - 25:15
form [4] - 11:12, 11:21, 15:14, 15:15
formal [1] - 22:8
formality [1] - 23:22
forward [1] - 14:20
frankly [1] - 16:13
fraud [2] - 19:15, 22:9
Friday [1] - 1:7
Frisolone [2] - 2:10, 25:20
fugitive [1] - 10:18

funding [1] - 17:22
funds [3] - 11:13, 13:13, 23:13
future [4] - 11:15, 13:1, 13:2, 15:7

**G**

general [1] - 8:22
General [1] - 4:2
given [3] - 10:8, 11:9, 12:16
government [3] - 13:11, 13:13, 23:13
Government [11] - 1:13, 3:24, 5:14, 5:22, 7:24, 9:16, 18:21, 19:17, 19:21, 22:7, 25:7
Government's [1] - 19:3
GRAND [2] - 1:17, 1:22
great [1] - 15:6
guidelines [1] - 18:21
guilty [4] - 5:19, 16:15, 18:9, 23:12

**H**

head [1] - 19:10
hear [2] - 5:21, 22:15
heard [2] - 6:5, 22:3
HEARING [1] - 1:10
hearing [3] - 3:9, 3:23, 19:7
heart [2] - 23:7
held [3] - 9:25, 19:6, 23:1
helpful [1] - 21:19
himself [4] - 5:14, 9:14, 10:11, 10:18
hold [1] - 13:15
home [5] - 5:9, 11:12, 11:21, 15:15, 15:16
homes [1] - 10:16
Honor [21] - 3:15, 3:17, 3:20, 4:13, 5:25, 6:6, 9:22, 10:2, 13:8, 13:25, 14:25, 15:21, 20:23, 22:13, 22:16, 22:24, 23:2, 23:3, 23:17, 24:7, 24:9
HONORABLE [1] - 1:11
Honorable [2] - 3:5, 3:7
Hook [1] - 5:3
house [1] - 15:14
hundred [1] - 9:6

**I**

IASON [2] - 1:17, 1:22
imaginable [1] - 17:8
immigrant [1] - 23:6
impact [1] - 9:12, 11:24
important [5] - 6:8, 7:14, 12:7, 12:10, 18:6
impose [2] - 13:21, 13:22
impossible [1] - 17:11
incarcerated [1] - 12:17
incarceration [1] - 11:24
including [2] - 12:8, 15:14
indeed [2] - 14:14, 20:6
indicate [2] - 6:2, 20:12
indicated [2] - 5:5, 5:13
indicates [1] - 7:3
indication [2] - 13:19, 24:18
indictment [1] - 24:15

information [3] - 5:22, 6:7, 16:14
injections [1] - 21:3
Inspector [1] - 4:2
instance [1] - 16:1
instead [1] - 11:11
insulin [2] - 21:3, 21:11
intelligent [1] - 19:14
intend [1] - 11:17
intended [2] - 7:14, 7:15
intent [5] - 5:18, 11:14, 15:10
intention [2] - 6:21, 11:10
interesting [1] - 20:10
international [1] - 20:2
internationally [1] - 20:3
interpreter [1] - 8:12
involved [2] - 16:6, 16:15, 20:17
involving [1] - 21:8
IRIZARRY [1] - 1:11
Irizarry [2] - 3:5, 3:7
isolated [1] - 17:4
issue [5] - 7:17, 13:18, 18:5, 21:20, 22:14
issued [2] - 14:12, 21:22
issues [3] - 10:13, 10:19, 20:5

**J**

jail [3] - 12:4, 17:20, 18:15
Joanna [3] - 1:23, 3:18, 24:10
joining [1] - 7:8
Judge [2] - 25:8
JUDGE [1] - 1:11
judgment [1] - 17:25
jurisdiction [3] - 5:18, 7:18, 10:24

**K**

kind [3] - 14:18, 22:21, 23:15
knowing [2] - 6:20, 11:3
knowledge [2] - 14:20, 14:22
known [2] - 14:12, 16:6
knows [2] - 6:14, 15:4

**L**

lab [1] - 21:16
lack [2] - 11:9, 11:14
language [1] - 14:17
last [3] - 6:22, 8:5, 11:5
late [2] - 6:23, 8:5
law [1] - 15:24
least [2] - 7:11, 15:18, 17:17
leave [6] - 10:13, 10:14, 10:15, 20:11, 23:15
legal [2] - 15:25, 16:2
legitimate [1] - 16:3
lenient [1] - 17:6
liberty [2] - 6:17, 17:18
licensed [1] - 13:1
licenses [1] - 13:15
licensing [2] - 13:17, 13:24
lied [3] - 14:2, 16:14, 17:9
light [3] - 7:12, 11:14, 24:24

**likely** [1] - 19:22
**Lisa** [3] - 2:7, 3:25, 4:5
**lived** [1] - 10:17
**lives** [1] - 12:1
**location** [1] - 8:25
**locations** [2] - 8:23, 9:10
**look** [1] - 19:2
**looming** [1] - 16:7
**LORETTA** [1] - 1:13
**lose** [1] - 9:4
**loss** [3] - 6:16, 9:10, 9:13
**lost** [3] - 5:6, 14:3, 22:17
**love** [2] - 22:18, 23:9
**lying** [2] - 16:24, 19:19
**LYNCH** [1] - 1:13

## M

**mail** [2] - 2:12, 24:2
**maintaining** [1] - 12:12
**Mandarin** [2] - 8:13, 14:14
**manner** [1] - 10:6
**MARSHAL** [1] - 23:18
**marshals** [4] - 20:21, 21:10, 23:16
**Marshals** [1] - 21:7
**massive** [1] - 16:15
**matter** [4] - 6:11, 23:8, 25:10, 25:16
**matters** [1] - 15:25
**maximum** [1] - 18:18
**MCC** [1] - 12:10
**MDC** [3] - 12:9, 21:11, 21:12
**mean** [1] - 24:21
**measure** [1] - 15:17
**measures** [1] - 15:12
**medication** [1] - 21:9
**medications** [2] - 21:2, 21:4
**meet** [2] - 11:6, 18:14
**MELENDEZ** [5] - 2:6, 4:8, 14:6, 24:7, 25:5
**Melendez** [1] - 4:8
**memo** [2] - 7:5, 7:12
**memorandum** [3] - 5:24, 6:12, 7:3
**mentioned** [1] - 7:24
**met** [2] - 6:22, 6:24
**might** [5] - 20:5, 20:6, 20:14, 21:19, 22:11
**mind** [1] - 22:17
**minor** [1] - 17:3
**misguided** [2] - 10:10, 11:2
**mistake** [1] - 9:13
**moment** [2] - 20:24, 22:23
**monitor** [1] - 11:13
**months** [1] - 18:22
**morning** [9] - 3:15, 3:17, 3:20, 4:13, 4:16, 4:18, 6:4, 11:3
**mortgage** [1] - 8:24, 14:21
**MORVILLO** [2] - 1:17, 1:22
**Morvillo** [2] - 4:14, 20:1
**most** [1] - 17:8
**Mr. Radick** [28] - 3:16, 6:5, 6:6, 8:10, 8:14, 8:18, 9:20, 9:22, 10:1, 10:2, 12:5, 12:21, 13:4, 13:8, 13:25, 14:25, 20:23, 21:1, 21:15, 21:20, 22:13, 22:23, 23:2, 24:3, 24:14, 24:16, 24:24, 25:3

**MS** [4] - 4:8, 14:6, 24:7, 25:5
**must** [2] - 16:6, 18:11

## N

**name** [2] - 4:3, 4:4
**nanny** [1] - 5:13
**national** [1] - 20:2
**nationally** [1] - 20:3
**necessarily** [1] - 13:23
**necessary** [3] - 13:3, 15:19, 16:18
**need** [1] - 10:3
**needed** [1] - 9:9
**needles** [1] - 21:8
**needs** [1] - 12:18
**new** [6] - 16:25, 17:9, 17:10, 19:19, 20:18, 22:7
**NEW** [1] - 1:1
**New** [11] - 1:5, 1:14, 1:15, 1:20, 1:24, 2:4, 2:5, 3:4, 10:17
**night** [3] - 6:22, 8:5, 11:5
**none** [1] - 7:14
**nonetheless** [1] - 12:6
**notation** [1] - 21:10
**note** [2] - 3:11, 18:6
**noted** [1] - 16:8
**notes** [1] - 17:19
**Notice** [1] - 23:24
**notice** [2] - 4:20, 11:6
**notifications** [1] - 24:2
**number** [1] - 13:1

## O

**objection** [1] - 25:6
**obtained** [1] - 6:10
**obvious** [1] - 10:2
**obviously** [3] - 5:17, 10:6, 17:15
**OF** [4] - 1:1, 1:3, 1:10, 25:14
**offense** [2] - 18:24, 19:1
**Office** [1] - 4:1
**office** [2] - 5:4, 13:24
**official** [3] - 8:11, 8:13, 8:16
**Official** [2] - 2:10, 25:21
**one** [11] - 7:21, 7:23, 8:23, 13:1, 16:22, 20:14, 20:24, 21:2, 21:12, 22:20, 23:21
**one-way** [1] - 20:14
**open** [3] - 3:1, 3:2, 16:3
**operation** [1] - 12:11
**option** [1] - 24:22
**options** [1] - 16:3
**order** [4] - 7:1, 9:8, 12:14, 20:11
**original** [1] - 8:20
**outright** [1] - 14:2
**overdue** [1] - 8:25
**overnight** [1] - 20:9
**oversees** [1] - 12:12

## P

**P.C** [2] - 1:18, 1:22
**panic** [2] - 9:11, 15:6
**panicked** [1] - 10:9

**paparazzi** [1] - 22:21
**paper** [1] - 5:2
**paperwork** [1] - 21:11
**part** [5] - 5:4, 14:20, 14:22, 19:14, 24:15
**participate** [1] - 13:10
**participating** [1] - 13:14
**particular** [1] - 22:2
**particularly** [4] - 18:14, 19:20, 19:25, 21:8
**parties** [4] - 4:19, 4:20, 5:21, 19:8
**party** [1] - 17:5
**passport** [21] - 4:25, 5:5, 5:6, 6:3, 6:13, 10:12, 14:2, 14:3, 14:4, 15:9, 16:14, 16:24, 17:1, 17:9, 17:10, 19:20, 20:10, 20:18, 22:9, 24:11
**passports** [4] - 7:10, 24:8, 24:20, 25:2
**past** [1] - 23:7
**pause** [3] - 9:25, 19:6, 23:1
**payment** [1] - 8:24
**payments** [1] - 14:21
**penalties** [4] - 18:17, 18:22, 18:23, 18:25
**people** [3] - 9:6, 12:18, 19:14
**perfect** [1] - 24:4
**perhaps** [1] - 20:13
**period** [3] - 16:11, 19:12, 19:21
**permission** [1] - 10:4
**person** [2] - 9:10, 11:20
**perspective** [2] - 15:22, 19:3
**place** [2] - 17:11, 20:20
**placed** [1] - 11:11
**planned** [1] - 5:7
**plans** [1] - 12:18
**plays** [1] - 12:15
**Plaza** [2] - 1:15, 2:4
**plea** [1] - 19:13
**pled** [4] - 5:19, 16:14, 18:9, 23:12
**Plus** [2] - 7:23, 8:25
**point** [6] - 6:23, 8:22, 11:25, 12:3, 17:18, 21:24
**points** [1] - 16:4
**position** [1] - 24:12
**positive** [1] - 17:4
**positively** [1] - 11:4
**post** [2] - 5:3, 19:20
**post-Protect** [1] - 19:20
**postgraduate** [1] - 19:12
**Preschools of America** [3] - 10:14, 12:11, 13:9
**present** [2] - 3:2, 9:10
**presentence** [1] - 12:24
**presiding** [1] - 3:6
**presumably** [1] - 17:17
**Pretrial** [21] - 4:7, 4:10, 4:22, 5:2, 5:10, 5:23, 6:1, 6:9, 6:22, 6:24, 7:2, 7:9, 7:10, 11:6, 11:13, 14:4, 15:16, 24:7, 24:11
**PRETRIAL** [1] - 2:3
**probable** [1] - 22:4
**problem** [3] - 11:1, 16:20, 19:25
**problems** [1] - 16:7
**proceeded** [1] - 10:3
**proceeding** [2] - 8:2, 8:3
**Proceedings** [1] - 2:13
**proceedings** [5] - 8:23, 9:25, 11:16,

19:6, 23:1, 25:16
**produced** [1] - 2:13
**program** [3] - 13:1, 13:2, 13:11
**proper** [2] - 10:6, 12:14
**properties** [3] - 7:25, 8:1, 10:16
**propose** [1] - 11:11
**proposition** [1] - 16:10
**prosecution** [1] - 11:17
**Protect** [1] - 19:20
**provide** [3] - 7:14, 9:3, 9:17
**provided** [6] - 5:23, 7:20, 8:3, 8:4, 15:23, 16:9
**provides** [1] - 18:25
**PROZELLER** [2] - 2:6, 4:10
**Prozeller** [2] - 4:9, 4:10
**put** [1] - 13:6
**puts** [1] - 6:16

## Q

**questioned** [1] - 5:11
**quick** [1] - 23:21
**quite** [1] - 21:13

## R

**Radick** [2] - 3:16, 4:14
**RADICK** [2] - 1:20, 4:13
**Radick's** [1] - 24:2
**raided** [1] - 13:5
**raised** [2] - 12:15, 8:20
**range** [1] - 18:21
**rationalize** [1] - 15:2
**RDR** [2] - 2:10, 25:20
**read** [3] - 8:9, 14:14, 18:2
**realizes** [1] - 6:15
**really** [6] - 7:17, 16:10, 16:16, 16:18, 17:8, 18:2
**reason** [3] - 5:5, 14:10, 24:17
**reasons** [2] - 12:7, 17:23
**receive** [3] - 13:11, 13:13, 24:3
**receiving** [1] - 6:11
**recognizes** [1] - 15:3
**record** [2] - 3:12, 25:16
**recorded** [1] - 2:13
**Red** [1] - 5:3
**Red Apple Schools** [3] - 10:15, 12:11, 13:9
**referenced** [1] - 9:19
**reflect** [1] - 21:17
**reflects** [1] - 11:4
**Reform** [1] - 18:10
**regarding** [1] - 22:20
**regardless** [2] - 14:9, 17:20
**regrets** [2] - 6:14, 15:4
**regulations** [1] - 18:4
**relate** [1] - 22:14
**relation** [1] - 24:8
**relatives** [1] - 24:22
**release** [3] - 11:19, 15:14, 18:25
**released** [1] - 18:8
**reliable** [1] - 16:13
**remain** [2] - 17:18, 24:11

**remains** [1] - 20:19
**remand** [2] - 11:10, 20:16
**remanded** [7] - 11:4, 12:8, 15:12, 17:14, 19:5, 20:15, 20:16
**remanding** [1] - 11:18
**replace** [1] - 5:6
**report** [2] - 5:15, 12:24
**REPORTER** [1] - 25:14
**Reporter** [3] - 2:10, 2:10, 25:21
**reports** [1] - 21:16
**representation** [1] - 16:2
**representative** [2] - 4:6, 5:1
**represents** [1] - 19:21
**request** [2] - 7:1, 15:11
**resolve** [1] - 20:5
**respect** [3] - 14:2, 19:22, 20:7
**respected** [1] - 20:3
**responded** [1] - 5:12
**restrictions** [1] - 13:22
**restrictive** [1] - 15:18
**result** [1] - 6:16
**retained** [2] - 15:24, 19:25
**return** [3] - 10:13, 16:12, 24:20
**returned** [1] - 25:2
**review** [1] - 9:23
**revocation** [2] - 3:9, 3:23
**REVOCATION** [1] - 1:10
**rise** [1] - 3:3
**risk** [4] - 17:9, 18:12, 19:8, 24:19
**Robert** [2] - 3:16, 4:13
**ROBERT** [1] - 1:20
**role** [2] - 12:15, 24:18
**Room** [1] - 2:5
**roundtrip** [2] - 9:15, 20:12
**run** [4] - 12:25, 13:2, 19:1, 19:11

## S

**S.A** [1] - 2:7
**safe** [1] - 12:13
**satisfied** [1] - 7:11
**satisfy** [1] - 11:7
**savvy** [1] - 19:14
**schedule** [1] - 20:19
**scheme** [1] - 16:15
**schools** [1] - 12:12
**seal** [2] - 8:19, 8:20
**seated** [1] - 3:25
**second** [1] - 21:20
**Section** [2] - 11:18, 18:24
**secured** [1] - 24:8
**see** [6] - 6:21, 9:17, 9:18, 17:3, 18:13, 20:17
**seeing** [1] - 10:5
**seek** [2] - 10:4, 16:2
**seeks** [1] - 22:8
**seized** [1] - 14:6
**send** [1] - 24:21
**sent** [1] - 5:12
**sentence** [4] - 13:21, 13:22, 18:18, 23:8
**sentencing** [5] - 5:20, 10:24, 12:9, 18:16, 18:23
**September** [4] - 1:7, 4:23, 5:8, 8:8

**serious** [4] - 5:17, 16:8, 16:21, 17:8
**Service** [1] - 21:7
**SERVICES** [1] - 2:3
**Services** [14] - 4:7, 4:11, 4:22, 5:10, 5:23, 6:1, 6:9, 6:24, 11:13, 14:4, 15:16, 24:7, 24:11
**session** [1] - 3:5
**set** [1] - 20:19
**seven** [1] - 5:7
**seven-day** [1] - 5:7
**several** [1] - 7:25
**Shanghai** [2] - 8:24, 8:25
**shared** [1] - 6:9
**sheds** [1] - 7:12
**SHEN** [1] - 1:7, 4:18
**Shen** [25] - 1:19, 3:10, 3:16, 4:17, 4:24, 5:2, 6:12, 7:17, 7:21, 8:3, 9:1, 10:3, 10:9, 11:11, 11:23, 15:1, 15:23, 19:8, 19:11, 20:5, 20:15, 20:22, 21:2, 21:20, 21:22
**shifts** [1] - 18:10
**short** [4] - 4:20, 7:9, 11:6, 15:12, 16:11, 20:11
**show** [3] - 5:18, 18:11, 23:4
**shown** [1] - 9:16
**significant** [5] - 11:22, 11:25, 12:14, 17:20, 18:15
**significantly** [1] - 18:7
**simply** [1] - 18:3
**situation** [9] - 6:15, 9:4, 9:8, 10:11, 11:5, 12:2, 14:19, 20:7, 22:3
**someone** [1] - 17:4
**sometimes** [2] - 17:3, 17:6
**sons** [4] - 6:25, 11:7, 12:1
**sorry** [6] - 4:3, 13:9, 22:16, 22:23, 23:2, 23:3
**sort** [4] - 8:17, 8:18, 9:11, 20:9
**sorts** [1] - 16:3
**sought** [2] - 7:17, 17:9
**source** [1] - 16:13
**Special** [1] - 4:1
**special** [2] - 4:4, 24:10
**SPECTOR** [7] - 1:16, 3:13, 3:24, 5:25, 15:21, 18:20, 25:8
**Spector** [4] - 3:14, 3:24, 6:9, 15:20
**stage** [1] - 12:1
**stamps** [1] - 8:17
**stand** [1] - 22:19
**STANKIEWICZ** [4] - 1:25, 3:18, 23:25, 24:5
**Stankiewicz** [4] - 3:18, 4:15, 23:22, 23:23
**start** [2] - 6:10, 12:18
**state** [4] - 4:23, 5:1, 17:5, 22:20
**statement** [2] - 16:25, 21:25
**states** [1] - 19:17
**statute** [2] - 18:20, 18:25
**stellar** [1] - 20:1
**stenography** [1] - 2:13
**still** [6] - 7:2, 13:10, 13:11, 13:14, 16:20, 22:13
**stop** [1] - 23:12
**story** [3] - 15:22, 16:19, 16:20
**stress** [1] - 10:8
**stupid** [2] - 6:15, 22:17

**subject** [1] - 13:20
**submitted** [1] - 5:2
**sudden** [1] - 14:24
**suddenly** [1] - 19:9
**sufficient** [1] - 11:15
**suggest** [1] - 23:15
**suggestions** [1] - 20:4
**suggests** [1] - 7:6
**summons** [3] - 8:7, 14:12, 14:13
**supposed** [2] - 17:5, 23:13
**surely** [1] - 20:4
**surprise** [2] - 14:19, 16:5
**suspicion** [1] - 20:13

## T

**table** [1] - 3:25
**Telephone** [1] - 2:11
**ten** [1] - 18:20
**term** [1] - 18:19
**terms** [2] - 17:8, 17:13
**test** [1] - 17:4
**thankfully** [1] - 21:12
**the defendant** [18] - 1:18, 1:23, 4:12, 5:4, 5:10, 5:19, 17:7, 18:8, 18:10, 18:11, 19:4, 19:18, 19:24, 20:9, 20:15, 22:16, 23:3, 23:17
**three** [1] - 22:21
**throughout** [1] - 7:24
**ticket** [4] - 9:16, 20:11, 20:13, 20:14
**tightening** [1] - 11:22
**timeline** [1] - 20:9
**today** [3] - 6:19, 9:9, 22:6
**together** [1] - 19:11
**topic** [1] - 13:9
**transcript** [1] - 25:15
**TRANSCRIPT** [1] - 1:10
**Transcript** [1] - 2:13
**Transcription** [1] - 2:13
**translation** [3] - 8:4, 8:7, 8:12
**travel** [4] - 5:15, 10:5, 10:12, 17:10
**trial** [2] - 22:19, 22:20
**trials** [2] - 22:20, 23:4
**tried** [1] - 16:2
**trip** [5] - 5:7, 5:13, 7:4, 7:9, 15:9
**true** [3] - 16:19, 19:22, 20:6
**try** [8] - 9:14, 10:19, 10:21, 11:7, 15:1, 15:2, 17:10
**trying** [1] - 11:1
**turned** [2] - 14:4, 14:7
**twins** [1] - 7:1
**two** [11] - 5:11, 6:25, 7:25, 8:1, 11:6, 11:25, 16:23, 21:1, 22:19, 23:3

## U

**U.S** [1] - 17:1
**ultimate** [1] - 10:24
**under** [6] - 15:11, 15:17, 18:10, 18:20, 18:23, 18:25
**underlying** [1] - 19:1
**understood** [1] - 13:25
**unfortunate** [1] - 10:10

**unfortunately** [1] - 10:8
**United States** [18] - 1:1, 1:3, 1:5, 1:11, 1:14, 1:16, 2:3, 3:3, 3:9, 3:13, 3:14, 4:23, 4:25, 9:8, 10:16, 11:8, 18:23, 23:5
**up** [3] - 4:9, 10:18, 12:16
**upsetting** [1] - 12:2
**uses** [1] - 21:3

## V

**variety** [1] - 15:24
**various** [1] - 8:1
**viable** [1] - 12:19
**violation** [6] - 11:18, 16:21, 16:22, 17:1, 17:8, 17:16
**violations** [1] - 17:3
**virtually** [1] - 17:11
**visit** [1] - 5:9

## W

**wait** [2] - 9:22, 17:24
**warehouse** [1] - 8:23
**warehouses** [1] - 7:25
**week** [1] - 5:20
**whereabouts** [2] - 5:11, 11:13
**WHEREUPON** [1] - 25:10
**wide** [1] - 15:24
**wife** [3] - 10:13, 11:7, 17:17
**willing** [1] - 17:7
**wind** [1] - 12:16
**wish** [3] - 6:5, 21:25, 24:9
**withdrawn** [1] - 13:16
**WITNESS** [1] - 4:5
**witnesses** [1] - 22:22
**wolf** [2] - 13:5, 13:6
**word** [3] - 14:10, 16:10, 17:22
**world** [1] - 9:11
**written** [1] - 7:6

## Y

**years** [5] - 9:5, 10:17, 16:6, 18:20, 23:7
**yesterday** [5] - 4:21, 6:3, 6:12, 6:23, 8:21
**YORK** [1] - 1:1
**York** [11] - 1:5, 1:14, 1:15, 1:20, 1:24, 2:4, 2:5, 3:4, 10:17
**young** [1] - 23:14
**younger** [1] - 6:25
**youngest** [1] - 5:12

## Z

**ZIMING** [1] - 1:7
**Ziming** [4] - 1:19, 3:10, 3:16, 20:22

## §

**§3147** [1] - 19:1